CEM/KG: USAO# 2026R0190

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** MJM 26cr182 |
| v. | (Aggravated Sexual Abuse, 18 U.S.C. § 2241(a); Sexual Abuse by Threat, 18 U.S.C. § 2242(1); Sexual Abuse Without Consent, 18 U.S.C. § 2242(3); Abusive Sexual Contact by Force, 18 U.S.C. § 2244(a)(1); Abusive Sexual Contact by Threat, 18 U.S.C. § 2244(a)(2); Abusive Sexual Contact Without Consent, 18 U.S.C. § 2244(a)(3); Forfeiture, 18 U.S.C. §§ 2253, and 2428) |
| **HASSAIN KELVIN SMART,** | |
| **Defendant.** | |

## INDICTMENT

### COUNT ONE
### (Aggravated Sexual Abuse)

The Grand Jury for the District of Maryland charges that:

### General Allegations

At all times material to this Indictment:

1.     Federal Correctional Institution–Cumberland ("FCI-Cumberland") is a federal prison in Cumberland, Maryland, within the District of Maryland.

2.     Defendant **HASSAIN KELVIN SMART** ("SMART") was an inmate at FCI-Cumberland.

3.     The victim, R.R., was an inmate at FCI-Cumberland.

4.     On or about April 7, 2024, **SMART** threatened R.R. with a homemade knife causing R.R. to fear that he would be killed and seriously injured.  **SMART** then pushed R.R. down on a bed and held him down, and penetrated R.R.'s anus with **SMART's** penis.

### The Charge

5.     On or about April 7, 2024, in the District of Maryland, the defendant,

**HASSAIN KELVIN SMART,**

did knowingly cause R.R. to engage in a sexual act, that is, penetration of R.R.'s anus by

**SMART's** penis, by the use of force against R.R., by threatening R.R., and by placing R.R. in fear

that R.R. would be subjected to death and serious bodily injury.

18 U.S.C. § 2241(a)

## COUNT TWO
### (Sexual Abuse by Threat)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Four of Count One are incorporated here.

2. On or about April 7, 2024, in the District of Maryland, the defendant,

### HASSAIN KELVIN SMART,

did knowingly cause R.R. to engage in a sexual act, that is, penetration of R.R.'s anus by **SMART's** penis, by threatening R.R. and by placing R.R. in fear, in that the defendant threatened R.R.

18 U.S.C. § 2242(1)

## COUNT THREE
### (Sexual Abuse Without Consent)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs One through Four of Count One are incorporated here.

2.      On or about April 7, 2024, in the District of Maryland, the defendant,

**HASSAIN KELVIN SMART,**

did knowingly engage in a sexual act with R.R., that is, penetration of R.R.'s anus by

**SMART's** penis, without R.R.'s consent.


18 U.S.C. § 2242(3)

## COUNT FOUR
### (Abusive Sexual Contact by Force)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs One through Four of Count One are incorporated here.

2.      On or about April 7, 2024, in the District of Maryland, the defendant,

**HASSAIN KELVIN SMART,**

did knowingly cause R.R. to engage in and cause sexual contact, that is, contact between

**SMART's** penis and R.R.'s anus, by the use of force against R.R., by threatening R.R., and placing

R.R.in fear that R.R. would be subjected to death and serious bodily injury.


18 U.S.C. §§ 2244(a)(1) , 2241(a)

## COUNT FIVE
### (Abusive Sexual Contact by Threat)

The Grand Jury for the District of Maryland further charges that:

1.  Paragraphs One through Four of Count One are incorporated here

2.  On or about April 7, 2024, in the District of Maryland, the defendant,

**HASSAIN KELVIN SMART,**

did knowingly engage in and cause sexual contact to R.R., that is, contact between **SMART's**

penis and R.R.'s anus, by threatening R.R. and by placing R.R. in fear, in that **SMART** threatened

R.R.

18 U.S.C. §§ 2244(a)(2), 2242(1)

## COUNT SIX
### (Abusive Sexual Contact Without Consent)

The Grand Jury for the District of Maryland further charges that:

1.    Paragraphs One through Four of Count One are incorporated here.

2.    On or about April 7, 2024, in the District of Maryland, the defendant,

**HASSAIN KELVIN SMART,**

did knowingly engage in and cause sexual contact to R.R., that is, contact between

**SMART's** penis and R.R.'s anus, without R.R.'s consent.


18 U.S.C. §§ 2244(a)(3), 2242(3)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction of any of the offenses alleged in Counts One to Six of this Indictment.

### Sexual Abuse Forfeiture

2.      Upon conviction of any of the offenses alleged in Counts One to Six of this Indictment, the defendant,

### HASSAIN KELVIN SMART,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a.  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

b.  any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

### Substitute Assets

3.      If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property that cannot be subdivided without difficulty;

8

the United States shall be entitled to forfeiture of substitute property up to the value of the

forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 18

U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).


18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)



Kelly O. Hayes
United States Attorney


SIGNATURE REDACTED

Foreperson

Date: May 28, 2026

9